UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MALMBORG,<br><br>        Plaintiff,<br><br>  v.<br><br>DING SHEE SEET,<br><br>        Defendant. | Case No.: C 06-4385 PVT<br><br>**ORDER SCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

On July 18, 2006, the court entered in this case a Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act Title III (42 U.S.C. §§ 12181-89) (the "Scheduling Order").[1]

IT IS HEREBY ORDERED that the Scheduling Order is hereby amended to add a Case Management Conference at 2:00 p.m. on February 13, 2007. The parties shall file a Joint Case Management Conference Statement no later than February 6, 2007.

Dated: *1/26/07*

                                            PATRICIA V. TRUMBULL
                                            United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*