UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WILLIAM MALMBORG,<br><br>        Plaintiff,<br><br>  v.<br><br>DING SHEE SEET,<br><br>        Defendant. | Case No.: C 06-4385 PVT<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

On February 13, 2007, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference.[1] Based on the discussions at the conference,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on May 15, 2007. The parties shall file a Joint Case Management Conference Statement no later than May 8, 2007.

Dated: *2/13/07*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*